1 | SESSIONS & KIMBALL, LLP
STEPHEN C. KIMBALL (State Bar No. 152537)
2 | sck@job-law.com
MELISSA A. PETROFSKY (State Bar No. 251806)
3 | map@job-law.com
23456 Madero, Suite 170
4 | Mission Viejo, California 93691
Telephone: (949) 380-0900
5 | Facsimile: (949) 380-8283

JS-6

6 | Attorneys for Plaintiff
Michael Needham

7

PROSKAUER ROSE LLP
8 | ENZO DER BOGHOSSIAN (SBN 211351)
ederboghossian@proskauer.com
9 | G. SAMUEL CLEAVER (SBN 245717)
scleaver@proskauer.com
10 | 2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
11 | Telephone: (310) 557-2900
Facsimile: (310) 557-2193

12

Attorneys for Defendant
13 | QinetiQ North America, Inc.
(erroneously sued as QinetiQ
14 | North America Operations, LLC)

15

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18 | MICHAEL NEEDHAM, an       ) Case No: SACV 11-254 JVS (RNBx)
individual;                   )
19                            )
                              )
20 |          Plaintiff,       ) **ORDER TO DISMISS PURSUANT**
                              ) **TO RULE 41(a)(1)(ii)**
21 |     v.                    )
                              )
22 | QINETIQ NORTH AMERICA     )
OPERATIONS, LLC, a Delaware  )
23 | corporation; and DOES 1 through 20, )
inclusive                     )
24                            )
            Defendants.       )
25                            )
                              )
26

27

28

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY |
| 4 | ORDERED ADJUDGED AND DECREED as follows: |
| 5 | The instant action is hereby, dismissed with prejudice, with each party to |
| 6 | bear their own costs and attorneys' fees. |

IT IS SO ORDERED

Dated:__November 23, 2011_____

_____
Hon. James V. Selna
United States District Judge

8086/60170-006 current/25425548v1